UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 DEC 30 PM 4:02

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | 2:15 cr 280 |
| | Judge Marbley |
| MATTHEW L. DAILEY, | INFORMATION |
| Defendant. | 18 U.S.C. § 1951(a) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(18 U.S.C. § 1951(a): Hobbs Act Extortion Under Color of Official Right)**

At all times material to this Bill of Information, the defendant, **MATTHEW L. DAILEY**, was a Detective Sergeant with the Mount Vernon Police Department, tasked with investigating general crimes, as well as narcotics crimes, that occurred within the city of Mount Vernon, Ohio. Over the course of his ten-year employment, Defendant **MATTHEW L. DAILEY** received training on the policies and procedures of the Mount Vernon Police Department. At the time of his commission, Defendant **MATTHEW L. DAILEY** took an oath to uphold the United States Constitution, as well as the constitution and laws of the State of Ohio.

On or about March 1, 2015, through and including September 18, 2015, in the Southern District of Ohio and elsewhere, Defendant **MATTHEW L. DAILEY** did knowingly obstruct, delay, or affect, or attempt to obstruct, delay, or affect, in any way and degree, commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in

1

18 U.S.C. § 1951; that is, Defendant **MATTHEW L. DAILEY** obtained property not due to him or his office, from M.P., with M.P.'s consent, induced by wrongful use of actual or threatened force and fear, and under color of official right.

In violation of 18 U.S.C. § 1951(a).

CARTER M. STEWART<br>
UNITED STATES ATTORNEY<br>
<br>
*/s/ Brenda S. Shoemaker*<br>
BRENDA S. SHOEMAKER<br>
Columbus Deputy Branch Chief<br>
Assistant United States Attorney