

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. |
| v. | JUDGE |
| MATTHEW L. DAILEY, | 2:15 cr 280 |
| Defendant. | Judge Marbley |

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. § 1951(a)

### I. ELEMENTS: 18 U.S.C. § 1951(a)

<u>First:</u>   The defendant was a public official;

<u>Second:</u>   The defendant obtained a thing of value not due him or his office;

<u>Third:</u>   The defendant did so knowing that the thing of value was given in return for official action;

<u>Fourth:</u>   The defendant did or attempted in any way or degree to delay, obstruct, or affect interstate commerce, or an item moving in interstate commerce; and

<u>Fifth:</u>   These acts occurred within the Southern District of Ohio.

1

## II. PENALTIES

A. Mandatory Minimum:  None.

B. Possible Maximum:  20 years in prison, a fine of $250,000, 3 years of supervised release, and a $100 special assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

*Jessica H. Kim*
JESSICA H. KIM (0087831)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jessica.Kim@usdoj.gov